UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

STEVEN GLADDEN,

    Plaintiff,

-vs-                                        Case No. 05-73985
                                               Hon. Lawrence P. Zatkoff

EQUIFAX CREDIT INFORMATION SYSTEMS
and HARRIS BANK BARRINGTON,

    Defendants.

_____/

## ORDER OF DISMISSAL OF STEVEN GLADDEN'S CLAIMS AGAINST HARRIS BANK BARRINGTON ONLY

    Having been advised by the stipulation of both parties, it is ordered that the Plaintiff STEVEN GLADDEN, hereby dismisses his claims against Defendant HARRIS BANK BARRINGTON ONLY , with prejudice and without costs, attorney fees or sanctions.

**IT IS SO ORDERED**.

                                                           s/Lawrence P. Zatkoff
                                                            LAWRENCE P. ZATKOFF
                                                             UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 23, 2006.

s/Marie E. Verlinde  
Case Manager  
(810) 984-3290